IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EDDY MCHENRY | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CAUSE NO.: 3:11-CV-143 |
| | § | |
| MONTCO OFFSHORE, INC., and | § | |
| C&C OFFSHORE, INC. | § | |
| | § | |
| Defendants | § | |
| | § | |

**DEFENDANT MONTCO OFFSHORE INC.'S INDEX OF MATTERS BEING FILED**

Defendant, Montco Offshore, Inc., pursuant to Southern District of Texas Local Rule 81 hereby files the following index of documents identified below and attached to this Index for filing with the Court on March 31, 2011:

Exhibit A:   Plaintiff's Original Petition;

Exhibit B:   Agreed Docket Control Order;

Exhibit C:   Order for Mediation;

Exhibit D:   Montco Offshore's Original Answer and Jury Demand;

Exhibit E:   Wrights Well Control Services' Motion to Transfer Venue and Original Answer;

Exhibit F:   C&C Offshore's Verified Special Appearance;

Exhibit G:   Plaintiff's Response to C&C Offshore's Special Appearance;

Exhibit H:   C&C Offshore's Reply Brief to Plaintiff's Opposition;

Exhibit I:   C&C Offshore's Supplemental Memorandum Relative to Special Appearance;

Exhibit J:   Montco Offshore is Unopposed Motion to Substitute Counsel;

Exhibit K:   Montco Offshore's First Amended Answer and Jury Demand;

Exhibit L: Wrights Well Control Services' Traditional and No-Evidence Motion for Summary Judgment;

Exhibit M: Order Denying C&C Offshore's Special Appearance;

Exhibit N: C&C Offshore's Notice of Appeal;

Exhibit O: C&C Offshore's Motion to Stay;

Exhibit P: C&C Offshore's Request for Findings of Fact & Conclusions of Law;

Exhibit Q: C&C Offshore's Request for Documents to be included in Clerk's Record;

Exhibit R: C&C Offshore's Request for Reporter's record;

Exhibit S: Plaintiff's Notice of Non-suit of Defendant Wrights Well Control Services;

Exhibit T: Docket Sheet from Galveston County Court At Law #1;

Exhibit U: Return of Service for Wright Well Control Services, LLC;

Exhibit V: Return of Service for C&C Offshore, Inc.

Exhibit W: Return of Service for Montco Offshore, Inc.

Exhibit X: Civil Case Information Sheet; and

Exhibit Y: List of Counsel.

    Respectfully submitted,

    By: /S/ Jay T. Huffman
        Marcus R. Tucker
        Attorney-in-Charge
        State Bar No. 20282360
        Federal ID No. 12769
        Jay T. Huffman
        State Bar No. 24059980
        Federal ID No. 870092
        Pennzoil Place
        711 Louisiana Street, Suite 500
        Houston, Texas 77002
        Telephone: (713) 224-8380
        Facsimile:  (713) 225-9945

    **ATTORNEYS FOR DEFENDANT,**
    **MONTCO OFFSHORE, INC.**

57266:10047382v1

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

 I certify that on this the 31st day of March 2011, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and notice of this filing will be sent to all counsel of record via the Court's electronic system or by means indicated below.

 Jason Itkin
 Cory Itkin
 ARNOLD & ITKIN, LLP.
 5 Houston Center
 1401 McKinney Street, Suite 2550
 Houston, TX 77010
 *Attorney for Plaintiff*
 **Via CRRR No. 91 7108 2133 3937 1353 2627**

 Robert S. Reich
 Jerald Album
 REICH, ALBUM & PLUNKETT, L.L.C.
 Two Lakeway Center
 3850 North Causeway Blvd.
 Suite 1000
 Metairie, LA 70002
 *Attorney for C&C Offshore, Inc.*
 **Via CRRR No. 91 7108 2133 3937 1353 2610**

      /S/ Jay T. Huffman
      OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

57266:10047382v1